FRANK LEVIN et al., Respondents, v JOHN R. McGOVERN et al., Appellants. JOHN R. McGOVERN, Doing Business as JOHN R. McGOVERN ASSOCIATES, Appellant, v BUFFALO SURVEY & RESEARCH, INC., Respondent. (Appeal No. 1.)—Appeal unanimously dismissed as moot. (Same memorandum as in *Levin v McGovern* 53 AD2d 1042.) (Appeal from order of Erie Supreme Court—change of venue.) Present—Marsh, P. J., Cardamone, Mahoney, Dillon and Goldman, JJ.